UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| REKIDA MONTINA JENKINS, ) | |
| ) | CASE NO. 14-11317-WHD |
| ) | |
| DEBTOR. ) | |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION OF PLAN & MOTION TO DISMISS CASE**

      COMES NOW Adam M. Goodman, Chapter 13 Trustee, and Objects to Confirmation of the Plan and files this Motion to Dismiss Case under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

      1.    The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case, in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

      2.    The Debtor has failed to provide the Trustee with a legible copy of Schedule C of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

      3.    The Debtor should provide proof of the $280.00 Aaron's Rental payment expense reflected on Schedule J. 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

      4.    In accordance with General Order No. 6-2006 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's updated income showing less overtime to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

      5.    Debtor's Schedule I fails to accurately reflect overtime; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed Plan, in violation of 11 U.S.C. Section 1325 (a)(6).

      6.    The Debtor's Chapter 13 Plan fails to provide for an increase in payments when direct payments at $280.00 per month for Aaron's end December 2014; this may show lack of good faith or create a disposable income problem in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

      7.      Pursuant to testimony from the Meeting of Creditors, it appears that the Chapter 13 Petition no longer references the current mailing address of the Debtor.

      8.      The Trustee objects to the Plan provision that states the Trustee "shall disburse up to $1,500.00 of any tax refund to the Debtor."

WHEREFORE, Trustee moves this Honorable Court to inquire into the above Objections to Confirmation of Plan and Motion to Dismiss Case at the separately scheduled and noticed Confirmation Hearing, deny Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/William A. Bozarth
William A. Bozarth
GA Bar No. 940530
Attorney for Standing Chapter 13 Trustee

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| REKIDA MONTINA JENKINS, | ) | |
| | ) | CASE NO. 14-11317-WHD |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

    REKIDA MONTINA JENKINS
    368 TIN BRIDGE RD.
    HOGANSVILLE, GA 30230

ATTORNEY FOR DEBTOR:

    HARMON & GOROVE, ATTYS.
    1 JEFFERSON STREET
    NEWNAN, GA 30263

the above in the foregoing matter with a copy of this Objection to Confirmation of Plan and Motion to Dismiss Case by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 1st day of August 2014.


/s/William A. Bozarth
William A. Bozarth
GA Bar No. 940530
Attorney for Standing Chapter 13 Trustee



Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444